IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RONNIE COUCH                                                              PLAINTIFF

v.                      No. 2:16-CV-02035

CORRECTION OFFICER REGI
FRAZIER, et al.                                         DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 48) from United States Magistrate Judge Mark E. Ford. Plaintiff has filed objections. The Magistrate recommends that the Court grant Defendants' motion (Doc. 30) for summary judgment. The Court has conducted de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1)(C). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings. The report and recommendation is otherwise proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc. 30) is GRANTED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS FURTHER ORDERED that Plaintiff's motion to compel (Doc. 45) and motion to appoint counsel (Doc. 47) are DENIED AS MOOT.

IT IS SO ORDERED this 31st day of July, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE